FILED

04/02/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0611

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0611

IN THE MATTER OF THE ADOPTION OF
C.M.C.,

D.C. and J.C.,

      Petitioners and Appellees,                    O R D E R

  and

C.S. f/k/a C.T.,

      Respondent and Appellant.

This Court reviews briefs to ensure compliance with the Montana Rules of Appellate Procedure. After reviewing the Appellant's reply brief filed electronically on April 1, 2024, this Court has determined that the brief does not comply with the below-referenced Rule and must be resubmitted.

M. R. App. P. 10(6) requires that in any proceeding regarding adoption under Title 42, "only the initials of the child, parent(s), or individual party(ies), as the case may be, may be used in all filings[.]" While the Appellant's reply brief does use initials for the child, it repeatedly uses the names of the parents, rather than initials as required. Therefore,

IT IS ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order the Appellant shall electronically file with the Clerk of this Court a revised brief containing the revisions necessary to comply with the specified Rule and that the Appellant shall serve copies of the revised brief on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a true copy of this Order to the Appellant and to all parties of record.

Electronically signed by:
Ingrid Gustafson
Justice, Montana Supreme Court
April 2 2024